

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00650-CR

Rebecca J. **DESROCHERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9328
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The court reporter's record was originally due January 29, 2018. A review of the docketing statement identifies the court reporter as Erminia Uviedo. By February 1, 2018, portions of the record were filed by court reporters, Delcine Benavides and Mary Beth Sasala; however, nothing had been filed by Erminia Uviedo. Accordingly, on February 2, 2018, this court notified Ms. Uviedo by letter that she is one of the court reporters responsible for the reporter's record and her portion of the record had not been filed. Our notice required Ms. Uviedo to file the record no later than March 5, 2018, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to appeal without paying the fee, in which case the reporter was required to file a notice so advising the court no later than February 12, 2018. Thereafter, on February 14, 2018, Ms. Uviedo filed a letter, stating she was not the reporter for this case. It therefore appears the appellate record was complete as of February 1, 2018, making the appellant's brief due March 5, 2018. *See* Tex. R. App. P. 38.6.

On March 5, 2018, appellant filed a motion for extension of time, requesting a 45 day extension to file her appellant's brief. In her motion, appellant explains she needs more time to prepare her brief due to workload. After consideration, we **GRANT** appellant's request for an extension of time to file her brief and **ORDER** appellant to file her brief in this court **on or before April 19, 2018**.

We further **order** the clerk of this court to serve a copy of this order on the trial court and all counsel.

_____

Marialyn Barnard, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2018.

_____

Keith E. Hottle
Clerk of Court